UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 8:24-cr-477-KKM-NHA

SHANNON PERNELL BROWN

_____

## PRELIMINARY ORDER OF FORFEITURE

The United States moves (Doc. 127) for a Preliminary Order of Forfeiture

for a Glock 43 firearm (SN: BGCB600) and assorted rounds of ammunition.

Being fully advised of the relevant facts, the Court finds that the assets

were (1) involved in and used in both of the violations charged in the

Superseding Indictment and (2) used, or intended to be used, in any manner

or part, to commit, or to facilitate the commission of the offense charged in

Count Two of the Superseding Indictment, for which the defendant was found

guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. 924(d), 21

U.S.C. § 853, 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), the assets

identified above are **FORFEITED** to the United States for disposition

according to law. This order shall become a final order of forfeiture as to the

defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

**ORDERED** in Tampa, Florida, on March 20, 2026.

Kathryn Kimball Mizelle
United States District Judge